UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
FREEDOM MORTGAGE
CORPORATION,
          Plaintiff,

v.

SHEINDY BRODY,
          Defendant.
----------------------------------------------------x

**ORDER**

19 CV 8938 (VB)

On November 14, 2019, the Court received notice that defendant Sheindy Brody filed a Chapter 13 Voluntary Petition for bankruptcy in the United States Bankruptcy Court for the Southern District of New York. See In re Brody, No. 19-23964 (Bankr. S.D.N.Y.).

Accordingly, it is HEREBY ORDERED:

1. All claims against defendant are stayed pursuant to 11 U.S.C. § 362.

2. By February 13, 2020, and every ninety days thereafter, plaintiff shall update the Court regarding the status of defendant's bankruptcy proceeding.

Dated: November 15, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge