UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FREEDOM MORTGAGE
CORPORATION,
          Plaintiff,

**ORDER**

v.

19 CV 8938 (VB)

SHEINDY BRODY,
          Defendant.
------------------------------------------------------------x

By letter dated February 10, 2020, plaintiffs' counsel notified the Court of the status of defendant Sheindy Brody's pending Chapter 13 bankruptcy proceeding. (Doc. #15). Counsel notes the bankruptcy trustee filed a motion to dismiss on February 5, 2020, and that a hearing regarding the motion is scheduled for March 11, 2020.

Accordingly, it is HEREBY ORDERED:

By May 11, 2020, and every ninety days thereafter, plaintiff shall update the Court regarding the status of defendant's bankruptcy proceeding. If the bankruptcy proceeding is dismissed before May 11, 2020, plaintiff shall notify this Court within one week of such dismissal.

Dated: February 11, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge